### 28141. WARREN *v.* VANDERBILT ADVERTISING INC.

GUERRY, J. The evidence amply supported the verdict. The assignments of error show no reversible error.

Judgment affirmed. *Broyles, C. J., and MacIntyre, J., concur.*

DECIDED MAY 1, 1940.

*Robert T. Efurd, Mose S. Hayes,* for plaintiff in error.
*Burress & Dillard, D. A. Pirkle Jr.,* contra.